IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Prince Taylor, | ) | C/A No.: 1:10-2266-HFF-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | REPORT AND RECOMMENDATION |
| Jon E. Ozmint, Director, South Carolina Department of Corrections, and Robert M. Stewart, Director, South Carolina State Law Enforcement Division, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

Plaintiff filed this action, which is construed as alleging violations of 42 U.S.C. § 1983. Defendants filed motions for summary judgment on January 14, 2011. [Entry #25, #26]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on January 18, 2011, advising him of the importance of a motion for summary judgment and of the need for him to file an adequate response. [Entry #27]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motions may be granted, thereby ending this case. Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to the motions.

On March 23, 2011, the court ordered Plaintiff to advise whether he wished to continue with the case by March 9, 2011. [Entry #31]. Plaintiff has filed no response. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, the undersigned recommends this action be

dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO RECOMMENDED.

*[signature]*

March 10, 2011                                   Shiva V. Hodges  
Florence, South Carolina                  United States Magistrate Judge